**FILED & ENTERED**

**JAN 25 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Pgarcia **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>BGS WORKS, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10104-VK<br><br>Chapter 11<br><br>**ORDER TO SHOW CAUSE WHY, PURSUANT TO 11 U.S.C. §§ 105(a) AND 1112(b), THIS CASE SHOULD NOT BE DISMISSED**<br><br>Date:  February 7, 2024<br>Time:  1:00 p.m.<br>Place: Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA  91367 |

On July 15, 2020, BGS Works, Inc., debtor and debtor-in-possession ("Debtor"), filed a chapter 11 petition, initiating bankruptcy case no. 1:20-bk-11237-VK (the "First Case").  On May 16, 2022, Debtor filed *Debtor's First Amended Chapter 11 Plan of Reorganization* (the "Plan") [First Case, doc. 185].

On October 12, 2022, the Court entered its *Order Confirming Debtor's First Amended Chapter 11 Plan of Reorganization* (the "Order Confirming Plan") [First Case, doc. 231].

Pursuant to the Order Confirming Plan, Debtor "shall distribute all property to be distributed pursuant to the terms of the Plan." Order Confirming Plan, p. 3. In addition, the Order Confirming Plan provides that "[u]pon the substantial consummation of the Plan, Debtor shall file an application for a final decree pursuant to Federal Rule of Bankruptcy Procedure 3022[.]" *Id*.

On June 14, 2023, the Court entered its *Order Granting Motion in Chapter 11 Case for the Entry of an Order Closing Case on an Interim Basis* [First Case, doc. 262]. As of January 23, 2024, Debtor has not filed an application for a final decree pursuant to Federal Rule of Bankruptcy Procedure 3022 in the First Case. On January 22, 2024, Debtor filed the instant chapter 11 petition, initiating bankruptcy case no. 1:24-bk-10104-VK.

Based on the possible conversion of the First Case to one under chapter 7, and good cause appearing, it is hereby

ORDERED, that Debtor and Debtor's counsel must appear at a hearing in this case on **February 7, 2024 at 1:00 p.m.,** in Courtroom 301 of the above-captioned Court, to show cause and explain why the Court should not, in accordance with 11 U.S.C. §§ 105(a) and 1112(b)(1), dismiss this case; and it is further

ORDERED, that **no later than February 2, 2024**, Debtor may file a written response to this Order to Show Cause, which response must be served on the United States Trustee, all secured creditors and the 20 largest unsecured creditors, and which must be supported by evidence; and it is further

ORDERED, that **no later than February 2, 2024**, any other party may file a written response to this Order to Show Cause, which response must be served on Debtor, Debtor's counsel and the United States Trustee, and which must be supported by evidence; and it is further

ORDERED, that if Debtor or Debtor's counsel do not appear at the hearing, the Court may dismiss this case; and it is further

ORDERED, that Judge Kaufman has resumed in-person hearings. However, parties in interest (and their counsel) may continue to participate in most hearings remotely using

1  ZoomGov audio and video. **Any attorney or party in interest who makes an appearance on**
2  **the record, via ZoomGov, must appear by video.**
3        **MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO**
4  **THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE. ACCESS TO THE VIDEO**
5  **FEED BY THESE INDIVIDUALS IS PROHIBITED. IN THE CASE OF A TRIAL OR**
6  **EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED. HOWEVER,**
7  **MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH**
8  **PROCEEDINGS IN PERSON.**
9     The following instructions will apply to the ZoomGov hearing:
10    Meeting Information: **February 7, 2024**
11  
12    Meeting URL: https://cacb.zoomgov.com/j/1609047729
13    Meeting ID: 160 904 7729
14    Password: 721777
15  
16    Join by Telephone: 1-669-254-5252 or 1-646-828-7666
17  (1) The audio portion of each hearing will be recorded electronically by the Court
     and constitute its official record.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

(2) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

###

Date: January 25, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER TO SHOW CAUSE WHY, PURSUANT TO 11 U.S.C. §§ 105(a) AND 1112(b), THIS CASE SHOULD NOT BE DISMISSED** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 25, 2024, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Kevin Tang**    kevin@tang-associates.com, kevintang@ecf.courtdrive.com,tangassociates@jubileebk.net;tangkr88411@notify.bestcase.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Dennis J Wickham**    wickham@scmv.com, nazari@scmv.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** On January 25, 2024, a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

BGS Works, Inc.
P.O. Box 902
Woodland Hills, CA 91365

BGS Works, Inc.
20144 Ruston Rd.
Woodland Hills, CA 91364-5638

☐ Service information continued on attached page