FILED & ENTERED

FEB 07 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>BGS WORKS, INC.,<br><br><br>Debtor. | Case No.: 1:24-bk-10104-VK<br><br>Chapter 11<br><br>**ORDER DISMISSING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105(a) AND 1112(b)**<br><br>Date:  February 7, 2024<br>Time:  1:00 p.m.<br>Place: Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA  91367 |

On January 25, 2024, the Court entered an *Order to Show Cause why, Pursuant to 11 U.S.C. §§ 105(a) and 1112(b), this Case Should Not be Dismissed* (the "OSC") [doc. 7]. On February 2, 2024, creditors Danmor Investments, Inc. and USTDS, Inc. filed their response to the OSC [doc. 11]. The same day, BGS Works, Inc. filed its response to the OSC [doc. 12].

On February 7, 2024, the Court conducted a hearing on its OSC, the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.

For the reasons stated on the record at the hearing on the OSC and in the Court's ruling [doc. 13], and for good cause appearing, it is hereby

ORDERED, that pursuant to 11 U.S.C. §§ 105(a) and 1112(b)(1), the above-captioned case is dismissed; and it is further

-1-

ORDERED, that the Court shall retain jurisdiction on all issues arising under 11 U.S.C. §§ 329 and/or 362.

###

Date: February 7, 2024

Victoria S. Kaufman
United States Bankruptcy Judge